# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DERRICK LEWIS,

      Appellant,

v.

      Case No.  5D23-754
      LT Case No. 2018-CF-003084

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Derrick Lewis, Milton, pro se.

Ashley Moody, Attorney General,
and David Welch, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and KILBANE, JJ., concur.